AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

American Civil Liberties Union of Illinois; American Civil Liberties Union of Indiana; American Civil Liberties Union of Iowa; American Civil Liberties Union of Kentucky; American Civil Liberties Union of Minnesota; American Civil Liberties Union of Missouri; American Civil Liberties Union of Nebraska; American Civil Liberties Union of Ohio; American Civil Liberties Union of South Dakota; and American Civil Liberties Union of Wisconsin, PLAINTIFFS,

V.

U.S. Department of Homeland Security and U.S. Customs and Border Protection,
DEFENDANTS.

CASE NUMBER: 1:17-cv-02768

ASSIGNED JUDGE: Honorable Robert M. Dow, Jr.

DESIGNATED MAGISTRATE JUDGE: Honorable M. David Weisman

TO: (Name and address of Defendant)

US Customs and Border Protection
1300 Pennsylvania Avenue, NW
Washington, DC 20004

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Natalie J. Spears
Dentons US LLP
233 S. Wacker Drive, Suite 5900
Chicago, IL 60606
(312) 876-8000

an answer to the complaint which is herewith served upon you, _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_____
(By) DEPUTY CLERK



April 12, 2017
DATE

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

American Civil Liberties Union of Illinois, et al.

Plaintiff

vs.  Case No: 1:17-cv-02768

U.S. Department of Homeland Security and U.S. Customs and Border Protection

Defendant

## AFFIDAVIT OF SERVICE

I, Ambiko Guice, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Civil Cover Sheet, and Complaint for Declaratory and Injunctive Relief for Violation of the Freedom of Information Act with Exhibits A-C, and Plaintiffs' Local Rule 3.2 Notification of Affiliates in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 04/13/2017 at 1:04 PM, I served U.S. Customs and Border Protection with the Summons, Civil Cover Sheet, and Complaint for Declaratory and Injunctive Relief for Violation of the Freedom of Information Act with Exhibits A-C, and Plaintiffs' Local Rule 3.2 Notification of Affiliates at 1300 Pennsylvania Avenue, NW, Washington, DC 20004 by serving Patricia Isler, Staff Assistant, authorized to accept service.

Patricia Isler is described herein as:

Gender: Female   Race/Skin: Black   Age: 60   Weight: 115   Height: 5'3"   Hair: Black   Glasses: Yes

I do solemnly declare and affirm under penalty of perjury that I have read the foregoing information set forth herein is correct to the best of my knowledge, information, and belief.

4/14/17
Executed On

Ambiko Guice

Client Ref Number: N/A
Job #: 1525247

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

American Civil Liberties Union of Illinois; American Civil Liberties Union of Indiana; American Civil Liberties Union of Iowa; American Civil Liberties Union of Kentucky; American Civil Liberties Union of Minnesota; American Civil Liberties Union of Missouri; American Civil Liberties Union of Nebraska; American Civil Liberties Union of Ohio; American Civil Liberties Union of South Dakota; and American Civil Liberties Union of Wisconsin, PLAINTIFFS,

V.

U.S. Department of Homeland Security and U.S. Customs and Border Protection, DEFENDANTS.

CASE NUMBER: 1:17-cv-02768

ASSIGNED JUDGE: Honorable Robert M. Dow, Jr.

DESIGNATED MAGISTRATE JUDGE: Honorable M. David Weisman

TO: (Name and address of Defendant)

Attorney General - D.C.
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Natalie J. Spears
Dentons US LLP
233 S. Wacker Drive, Suite 5900
Chicago, IL 60606
(312) 876-8000

an answer to the complaint which is herewith served upon you, _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_____
(By) DEPUTY CLERK



April 12, 2017

DATE

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

American Civil Liberties Union of Illinois, et al.

Plaintiff

vs.

Case No: 1:17-cv-02768

U.S. Department of Homeland Security and U.S. Customs and Border Protection

Defendant

## AFFIDAVIT OF SERVICE

I, Ambiko Guice, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Civil Cover Sheet, and Complaint for Declaratory and Injunctive Relief for Violation of the Freedom of Information Act with Exhibits A-C, and Plaintiffs' Local Rule 3.2 Notification of Affiliates in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 04/13/2017 at 12:45 PM, I served U.S. Customs and Border Protection c/o Attorney General with the Summons, Civil Cover Sheet, and Complaint for Declaratory and Injunctive Relief for Violation of the Freedom of Information Act with Exhibits A-C, and Plaintiffs' Local Rule 3.2 Notification of Affiliates at U.S. Department of Justice, 950 Pennsylvania Avenue NW, Washington, DC 20530-0001 by serving Desiree Brown, Agent, authorized to accept service on behalf of the United States Attorney General.

Desiree Brown is described herein as:

Gender: Female   Race/Skin: Black   Age: 24   Weight: 180   Height: 5'7"   Hair: Black   Glasses: Yes

I do solemnly declare and affirm under penalty of perjury that I have read the foregoing information set forth herein is correct to the best of my knowledge, information, and belief.

4/14/17
Executed On

Ambiko Guice

Client Ref Number: N/A
Job #: 1525250

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

American Civil Liberties Union of Illinois; American Civil Liberties Union of Indiana; American Civil Liberties Union of Iowa; American Civil Liberties Union of Kentucky; American Civil Liberties Union of Minnesota; American Civil Liberties Union of Missouri; American Civil Liberties Union of Nebraska; American Civil Liberties Union of Ohio; American Civil Liberties Union of South Dakota; and American Civil Liberties Union of Wisconsin, PLAINTIFFS,

V.

U.S. Department of Homeland Security and U.S. Customs and Border Protection,
DEFENDANTS.

CASE NUMBER: 1:17-cv-02768

ASSIGNED JUDGE: Honorable Robert M. Dow, Jr.

DESIGNATED MAGISTRATE JUDGE: Honorable M. David Weisman

TO: (Name and address of Defendant)

AUSA - Chicago
United States Attorney's Office
Northern District of Illinois, Eastern Division
219 S. Dearborn St., 5th Floor
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Natalie J. Spears
Dentons US LLP
233 S. Wacker Drive, Suite 5900
Chicago, IL 60606
(312) 876-8000

an answer to the complaint which is herewith served upon you, _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK



April 12, 2017

(By) DEPUTY CLERK

DATE

# Affidavit of Process Server

| American Civil Liberties, et al | vs | U.S Dept of Homeland Security, et al | 1:17cv2768 |
|---|---|---|---|
| Plaintiff/Petitioner | | Defendant/Respondent | Case# |

Being duly sworn, on my oath, I **TRINITY McFATTEN**
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served **U.S. Customs and Border Protection**
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $ _____ witness fee and mileage

☒ Summons, Complaint, Exhibits A & B, Plaintiffs' Local Rule 3.2 Notification of Affiliates and Civil Cover Sheet

by serving (NAME) **Heather Rounds - Receptionist**
at ☐ Home
☒ Business **219 So. Dearborn St. 5th Flr. Chicago Illinois**
☐ on (DATE) **4/13/17** at (TIME) **9:22 A**

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
From (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service
☒ By delivering, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof, namely, **Heather Rounds - Receptionist - Authorized to Accept Service**
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address ☐ Evading ☐ Other: _____
☐ Address does not exist ☐ Service cancelled by litigant
☐ Moved, Left no forwarding ☐ Unable to serve in a timely fashion

**Service Attempts:** Service was attempted on: ( ) _____ ( ) _____ ( ) _____
( ) _____ ( ) _____ ( ) _____

**Description:**
- ☐ Male ☐ White Skin ☒ Black Hair ☐ White Hair ☐ 14-20 Yrs. ☐ Under 5' ☐ Under 100 Lbs.
- ☒ Female ☒ Black Skin ☐ Brown Hair ☐ Balding ☐ 21-35 Yrs. ☐ 5'-5'3" ☒ 100-130 Lbs.
- ☐ Brown Skin ☐ Blond Hair ☐ 36-50 Yrs. ☒ 5'4"-5'8" ☐ 131-160 Lbs.
- ☐ Glasses ☐ Yellow Skin ☐ Gray Hair ☐ Mustache ☒ 51-65 Yrs. ☐ 5'9"-6' ☐ 161-200 Lbs.
- ☐ Red Skin ☐ Red Hair ☐ Beard ☐ Over 65 Yrs. ☐ Over 6' ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois County of Cook

SERVED BY
LASALLE PROCESS SERVERS
ILLINOIS PRIVATE DETECTIVE LICENSE# 117-001432

Subscribed and sworn to before me
A notary public, this **3rd** day of **April** 20**17**

Notary Public

"OFFICIAL SEAL"
BETHZAIDA PEREZ
NOTARY PUBLIC, STATE OF ILLINOIS
Commission Expires 7/22/2018

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS