UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF ILLINOIS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY and U.S. CUSTOMS AND BORDER PROTECTION <br><br> Defendants. | No. 17 C 2768 <br><br> Judge Dow |

**DEFENDANTS' FEBRUARY STATUS REPORT**

Defendants U.S. Department of Homeland Security and U.S. Customs and Border Protection ("CBP") respectfully submit this Status Report pursuant to the Court's Order of November 21, 2017. Defendants report as follows:

1. Between January 1, 2018 and January 31, 2018, CBP assigned the equivalent of 30.5 full-time first and second level reviewers to the review of records potentially responsive to 22 FOIA requests related to Executive Orders 13,769 and 13,780, entitled "Protecting the Nation from Foreign Terrorist Entry into the United States," of which 19 were submitted by various ACLU affiliates, including Plaintiffs. Decl. of Patrick Howard ¶ 6. For purposes of calculating this number, the agency counts any individual reviewer assigned to the review project on a half-time basis as the equivalent of 0.5 full-time reviewers. *Id.*

2. In addition to the time spent by first and second level reviewers, between January 1, 2018 and January 31, 2018, CBP Office of Chief Counsel attorneys spent approximately

1

363.40 hours on the review of records potentially responsive to various FOIA requests related to Executive Orders 13,769 and 13,780. *Id.* ¶ 7.

3. Between January 1, 2018 and January 31, 2018, CBP finalized the processing of 1,480 pages of records related to the four priority custodians in this case. *Id.* ¶ 8.

Dated: February 15, 2018                    Respectfully submitted,

                                            CHAD A. READLER
                                            Acting Assistant Attorney General

                                            JOEL R. LEVIN
                                            Acting United States Attorney

                                            THOMAS P. WALSH
                                            Assistant United States Attorney

                                            ELIZABETH J. SHAPIRO
                                            Deputy Director, Federal Programs Branch

                                             /s/ Chetan A. Patil
                                            CHETAN A. PATIL
                                            Trial Attorney
                                            U.S. Department of Justice
                                            Civil Division, Federal Programs Branch
                                            20 Massachusetts Avenue NW
                                            Washington, DC 20530
                                            Tel.: (202) 305-4968
                                            Fax: (202) 616-8470
                                            Email: chetan.patil@usdoj.gov

                                            *Attorneys for Defendants*
                                            *U.S. Department of Homeland Security and*
                                            *U.S. Customs and Border Protection*