UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF ILLINOIS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY and U.S. CUSTOMS AND BORDER PROTECTION <br><br> Defendants. | No. 17 C 2768 <br><br> Judge Dow <br> Magistrate Judge Weisman |

## STIPULATION OF DISMISSAL

Pursuant to a settlement agreement executed by the parties on August 28, 2019, it is hereby stipulated and agreed by and between the parties and their respective counsel that the above-captioned case is voluntarily dismissed, with prejudice, against Defendants U.S. Department of Homeland Security and U.S. Customs and Border Protection ("CBP") pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

SO STIPULATED AND AGREED THIS 29th Day of August, 2019.

/s/ Natalie J. Spears
Natalie J. Spears
Gregory R. Naron
Kathleen V. Kinsella
DENTONS US LLP
233 S. Wacker Drive, Suite 5900
Chicago, IL 60606
(312) 876-8000
natalie.spears@dentons.com
gregory.naron@dentons.com
kathleen.kinsella@dentons.com

REBECCA K. GLENBERG
Roger Baldwin Foundation of ACLU, Inc.
180 N. Michigan Ave., Suite 2300
Chicago, IL 60601
(312) 201-9740
rglenberg@aclu-il.org

FREDA J. LEVENSON
ACLU of Ohio Foundation, Inc.
4506 Chester Avenue
Cleveland, OH 44103
(216) 472-2205
flevenson@acluohio.org

AMY A. MILLER
ACLU of Nebraska, Inc.
134 S. 13th St. #1010
Lincoln NE 68508
402-476-8091 ext. 106
amiller@aclunebraska.org

ANTHONY E. ROTHERT
ACLU of Missouri Foundation
906 Olive Street, suite 1130
St. Louis, Missouri 63101
arothert@aclu-mo.org

HEATHER LYNN GATNAREK
ACLU of Kentucky
315 Guthrie Street, Suite 300
Louisville, KY 40202
(502) 581-9746
heather@aclu-ky.org

*Attorneys for Plaintiffs*


JOSEPH H. HUNT
Assistant Attorney General

JOHN R. LAUSCH, JR.
United States Attorney

THOMAS P. WALSH
Assistant United States Attorney

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

<u>/s/ Chetan A. Patil</u>
CHETAN A. PATIL
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box No. 883
Ben Franklin Station
Washington, DC 20044
Tel.: (202) 305-4968
Fax: (202) 616-8470
Email: chetan.patil@usdoj.gov

*Attorneys for Defendants*
*U.S. Department of Homeland Security and*
*U.S. Customs and Border Protection*
